**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 15-6553**

─────────────

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

DAVID WRIGHT,

        Defendant - Appellant.

─────────────

Appeal from the United States District Court for the District of South Carolina, at Greenville. Henry M. Herlong, Jr., Senior District Judge. (6:05-cr-01163-HMH-1)

─────────────

Submitted:  June 25, 2015          Decided:  June 30, 2015

─────────────

Before GREGORY, FLOYD, and THACKER, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

David Wright, Appellant Pro Se. Leesa Washington, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Wright appeals the district court's order denying relief on his motion for a sentence reduction, pursuant to 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Wright, No. 6:05-cr-01163-HMH-1 (D.S.C. Apr. 7, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2